OPINION # O-7466            WAS NEVER ISSUED OR

WAS WITHDRAWN.